UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIO GODHIGH,

    Plaintiff,

v.                                                    Case No. 3:22-cv-613-MMH-JBT

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

    Defendant.

## ORDER

Mario Godhigh, an inmate of the Florida penal system, initiated this action by filing a pro se Petition for Writ of Mandamus (Petition; Doc. 1).[1] Godhigh requests that the Court issue a writ of mandamus against the Secretary of the Florida Department of Corrections (FDOC). Petition at 1. Godhigh asserts that he remains in administrative confinement even though he does not have any pending charges. Id. at 2. He requests release from administrative confinement, and he asks the Court to award $200,000 to him. Id. at 3.

---

[1] For all pleadings and documents filed in this case, the Court cites to the document and page numbers as assigned by the Court's Electronic Case Filing System.

A federal court may issue a mandamus order "to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361. The Court lacks jurisdiction to consider Godhigh's Petition because the Secretary of the FDOC is not an officer or employee of the United States. See, e.g., Lamar v. 118th Judicial Dist. Court of Tex., 440 F.2d 383, 384 (5th Cir. 1971) ("[F]ederal courts have no general power to issue writs of mandamus to direct state courts and their judicial officers in the performance of their duties."); Lawrence v. Miami-Dade Cnty. State Att'y Office, 272 F. App'x 781, 781 (11th Cir. 2008) ("Because the only relief [petitioner] sought was a writ of mandamus compelling action from state officials, not federal officials, the district court lacked jurisdiction to grant relief and did not err in dismissing the petition."). Accordingly, Godhigh's Petition is due to be dismissed without prejudice.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1. Godhigh's Petition for Writ of Mandamus (Doc. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk shall enter judgment dismissing this case without prejudice, terminating any pending motions, and closing the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of June, 2022.

MARCIA MORALES HOWARD
United States District Judge

Jax-9
C:   Mario Godhigh, #M28779